UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ROBERT PICKETT, Crim. No. 21-252

## PETITION FOR WRIT OF HABEAS CORPUS

**( X ) Ad Prosequendum**     ( ) Ad Testificandum

1.  Robert Pickett; SBI: 351530E; FBI: 740368FD4; DOB: 9/8/1992 (hereinafter the "Detainee") is now confined at Northern State Prison

2.  The Detainee is

    charged in this District by: **(X)** Indictment     ( ) Information     ( ) Complaint

    with a violation of 18 USC §922(g)(1).

3.  The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4.  The Detainee will be required at United States District Court, in Newark, New Jersey, before the Hon. Susan D. Wigenton on Monday, May 3, 2021, at 12:00 p.m., for an Arraignment Appearane via Zoom in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

DATED:   April 22, 2021

*Cassye Cole*
Cassye Cole
Assistant U.S. Attorney
Petitioner

## **O R D E R**

Let the Writ Issue.

DATED: 4/22/2021

                                                Hon. Susan D. Wigenton, U.S.D.J.

## **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the Northern State Prison

WE COMMAND YOU that you have the body of

      Robert Pickett; SBI: 351530E; FBI: 740368FD4; DOB: 9/8/1992

in the custody of the Northern State Prison be brought to the United States District Court, before the Hon. Susan D. Wigenton on Monday, May 3, 2021, at 12:00 p.m., for an Arraignment Appearance **via video-conference** in the above-captioned case in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

        WITNESS the Honorable Susan D. Wigenton
        United States District Judge
        Newark, New Jersey

DATED: 4/22/2021                              WILLIAM T. WALSH
                                                    Clerk of the U.S. District Court
                                                    for the District of New Jersey

                                                              *Carmen D. Soto*
                                                   Per: _____
                                                                Deputy Clerk