UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES v. ROBERT PICKETT, Crim. No. 21-252

# PETITION FOR WRIT OF HABEAS CORPUS

**( X ) Ad Prosequendum**　　　　　　　　( ) Ad Testificandum

1. Robert Pickett; SBI: 351530E; FBI: 740368FD4; DOB: 9/8/1992 (hereinafter the "Detainee") is now confined at Northern State Prison

2. The Detainee is

    charged in this District by: (**X**) Indictment　　( ) Information　　( ) Complaint

    with a violation of 18 USC §922(g)(1).

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at United States District Court, in Newark, New Jersey, before the Hon. Susan D. Wigenton on Wednesday, June 30, 2021, at 11:00 a.m., for a Status Conference via Zoom in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.

*Cassye Cole*

DATED: June 23, 2021

　　　　　　　　　　　　　　　　　　　　Cassye Cole
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Petitioner

# **O R D E R**

Let the Writ Issue.

DATED: 6/23/2021

                                                          */s/ Susan D. Wigenton*

                                        Hon. Susan D. Wigenton, U.S.D.J.

# **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the Northern State Prison

WE COMMAND YOU that you have the body of

      Robert Pickett; SBI: 351530E; FBI: 740368FD4; DOB: 9/8/1992

in the custody of the Northern State Prison be brought to the United States District Court, before the Hon. Susan D. Wigenton on Wednesday, June 30, 2021, at 11:00 a.m., for a Status Conference **via video-conference** in the above-captioned case in the above-captioned matter.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

          WITNESS the Honorable Susan D. Wigenton
          United States District Judge
          Newark, New Jersey

DATED: 6/23/2021                 WILLIAM T. WALSH
                                  Clerk of the U.S. District Court
                                  for the District of New Jersey

                                Per:   *Carmen D. Soto*
                                          Deputy Clerk